833 A.2d 65

IN THE MATTER OF ARA R. AVRIGIAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 042261998).

October 23, 2003.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ARA R. AVRIGIAN** of **CHERRY HILL**, who was admitted to the bar of this State in 1998, and who was suspended from the practice of law for a period of three months effective March 24, 2003, by Order of this Court filed February 24, 2003, be restored to the practice of law, effective immediately.